```
Michael Edmund Burke
Attorney at Law
CSB #98925
105 West "F" Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503


Attorneys for Defendant, FLORENTINO FIGUEROA-SANCHEZ
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLORENTINO FIGUEROA- ) <br> SANCHEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 07-CR-3122-01-DMS <br><br> SENTENCING: <br><br> Date: February 22, 2008 <br> Time: 9:00 a.m. <br><br> **EX PARTE MOTION <br> FOR AN ORDER <br> SHORTENING TIME** |

    Defendant, FLORENTINO FIGUEROA-SANCHEZ, by and through counsel, Michael Edmund Burke, hereby petitions this Court for an Order Shortening Time to file the "Sentencing Memorandum with Letter in Support" and "Sentencing Summary Chart." This motion is being brought because counsel was burdened with competing deadlines, and unexpected time consuming issues arose in another case. Therefore, the above referenced documents are being e-filed one (1) day after the due date.

                                                 Respectfully submitted,

                                                 S/Michael Edmund Burke

Dated: February 20, 2008                 _____
                                                      Michael Edmund Burke,
                                                      Attorney for Defendant,
                                                      FLORENTINO FIGUEROA-SANCHEZ

## CERTIFICATE OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Ex Parte Motion for an Order Shortening Time" I have caused a copy of each to have been served via electronic mail upon the U S Attorney and Material Witness Attorney:

Aaron B Clark aaron.clark@usdoj.gov, Diana.Ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Alan E Ferguson aefergie@bigfoot.com

Dated: February 20, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for FLORENTINO FIGUEROA-SANCHEZ