Michael Edmund Burke
Attorney at Law
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503
Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

Attorney for Defendant, FLORENTINO FIGUEROA-SANCHEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **07-CR-3122-01-DMS** |
| Plaintiff, ) | SENTENCING: |
| v. ) | Date:  February 22, 2008 |
| ) | Time:  9:00 a.m. |
| FLORENTINO FIGUEROA-SANCHEZ ) | |
| Defendant. ) | **EX PARTE ORDER SHORTENING TIME** |
| ) | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That the period of time in which the "Sentencing Memorandum with Letter in Support" and "Sentencing Summary Chart", each prepared by Michael Edmund Burke, on behalf of his client FLORENTINO FIGUEROA-SANCHEZ, in case number 07-CR-3122-DMS, must be filed in the instant matter is hereby shortened to the present day.

DATED: February 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge